UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IGOR PANFILOV,

    Petitioner,

 v.

PAMELA BONDI, *et al.*,

    Respondents.

CASE NO. 2:25-cv-02027-TMC-GJL

ORDER TO SHOW CAUSE

  The District Court has referred this immigration habeas action to United States Magistrate Judge Grady J. Leupold. Currently before the Court are Petitioner Ivan Rad's initial filings, including a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. 1) and a Motion to Appoint Counsel supported by a Letter from the Federal Public Defender's Office indicating their willingness to represent Petitioner in this matter (Dkt. 2). Petitioner has paid the $5.00 filing fee. *See* Dkt. 1.

  In the Motion to Appoint Counsel, Petitioner makes a single statement regarding his financial eligibility for the appointment of counsel: "Petitioner does not have the financial resources to retain counsel as he is presently in custody." Dkt. 2 at 1. Before the Court may

appoint counsel in this case, it must confirm Petitioner's financial eligibility. *See* 18 U.S.C. § 3006A(a)(2)(B) ("Whenever the United States magistrate judge or the court determines that the interests of justice so require, representation may be provided for *any financially eligible person* who…is seeking relief under section 2241[.]") (emphasis added). As the current record lacks any information about Petitioner's financial resources, the Court is unable to appoint counsel at this time.

Accordingly, Petitioner is **ORDERED** to **SHOW CAUSE** by **October 28, 2025**, why his Motion to Appoint Counsel (Dkt. 2) should not be **DISMISSED** for lack of financial eligibility. Petitioner's response to this Order should include a sworn declaration detailing the total amount of funds currently available to him as well as any liabilities or financial obligations detracting from that sum.

The Clerk of Court is **DIRECTED** to **RENOTE** Petitioner's Motion to Appoint Counsel (Dkt. 2) for consideration on **October 28, 2025**.

Dated this 22nd day of October, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2