THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IGOR PANFILOV,<br><br>   Petitioner,<br><br>  v.<br><br>PAMELA BONDI, et al.,<br><br>   Respondents. | No. 2:25-cv-2027-TMC<br><br>STIPULATED MOTION REGARDING THIRD-COUNTRY REMOVAL AND <s>(PROPOSED)</s> ORDER<br><br>Note on Motion Calendar:<br>October 29, 2025 |

  Petitioner Igor Panfilov has filed a habeas corpus petition challenging his detention at the Northwest ICE Processing Center. Dkt. #1. In that petition, Petitioner seeks an order preventing removal to a country other than Kyrgyzstan, absent notice and meaningful opportunity to respond in compliance with the statute and due process in reopened removal proceedings. The parties have conferred, and U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) is not seeking to effectuate Petitioner's removal to a third country.

  Therefore, ICE ERO agrees that, while this case is pending, it will not remove Petitioner to any country other than Kyrgyzstan.

*[Signature Page Follows]*

STIPULATED MOTION REGARDING THIRD-COUNTRY REMOVAL AND <s>(PROPOSED)</s> ORDER
(*Panfilov v. Bondi, et. al*, No. 2:25-cv-2027-TMC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

RESPECTFULLY SUBMITTED this 29th day of October 2025.

CHARLES NEIL FLOYD
United States Attorney

| | |
|---|---|
| s/ *Michelle R. Lambert* | s/ *Vicki W.W. Lai* |
| Michelle R. Lambert, NYS #4666657 | Vicki W.W. Lai, WSBA No. 23935 |
| s/ *Katherine G. Collins* | Assistant Federal Public Defender |
| Katherine G. Collins, CA #315903 | Federal Public Defender |
| Assistant United States Attorneys | 1601 Fifth Avenue, Ste 700 |
| Western District of Washington | Seattle, WA 98101 |
| United States Attorney's Office | Phone: 206-553-1100 |
| 700 Stewart Street, Suite 5220 | E-mail: vicki_lai@fd.org |
| Seattle, Washington 98101-1271 | |
| Phone: (206) 428-3800 | *Attorney for Petitioner* |
| E-mail: michelle.lambert@usdoj.gov | |
| Katherine.collins@usdoj.gov | |

*Attorneys for Federal Respondents*

I certify this motion contains 102 words in compliance with the Local Civil Rules.

STIPULATED MOTION REGARDING THIRD-COUNTRY REMOVAL AND (PROPOSED) ORDER
(*Panfilov v. Bondi, et. al*, No. 2:25-cv-2027-TMC) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

# ~~[PROPOSED]~~ ORDER

For so long as this case remains pending, ICE ERO shall not remove Petitioner Igor Panfilov to any country other than Kyrgyzstan.

It is so ORDERED.

Dated this 30th day of October, 2025.

_____
TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vicki W.W. Lai*
Assistant Federal Public Defender
Attorney for Igor Panfilov

s/ *Michelle R. Lambert*
s/ *Katherine G. Collins*
Assistant United States Attorneys
Attorneys for Federal Respondents

STIPULATED MOTION REGARDING THIRD-COUNTRY REMOVAL AND ~~(PROPOSED)~~ ORDER
(*Panfilov v. Bondi, et. al*, No. 2:25-cv-2027-TMC) - 3

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100